COUNCIL OF NEW JERSEY STATE COLLEGE LOCALS, NJSFT–AFT/AFL–CIO v. STATE BOARD OF HIGHER EDUCATION.

January 25, 1982.

Petition for certification granted.  (See 181 *N.J. Super.* 179)

STATE OF NEW JERSEY v. THOMAS McLUCAS.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH STUMP.

January 25, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED R. DAVIS.

January 25, 1982.

Petition for certification denied.